UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. LOWERY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV00047 AGF |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of May, 2006