UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. LOWERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00047 AGF |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

## ORDER

This matter is before the Court on Plaintiff's application for an award of attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for disability insurance benefits. In response to the motion, the Commissioner states that the Parties have agreed to an award of fees in the amount of $5,459.38, plus compensation for the filing fee in the amount of $250.00 from the Judgment Fund administered by the United States Treasury.

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $5,459.38. In addition, Plaintiff is entitled to compensation for the filing fee in the amount of $250.00 from the Judgment Fund administered by the United States Treasury.

[Doc. #14]

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of June, 2006